HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
JAMES RYAN
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
CHRISTIAN WELVAERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-po-0091-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BENCH TRIAL |
| v. | Date:   August 16, 2016 |
| CHRISTIAN WELVAERT, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney TALHA KHAN and Chief Assistant Federal Defender LINDA C. ALLISON attorney for CHRISTIAN WELVAERT, that the Court continue the Bench Trial on August 30, 2016 to October 18, 2016 at 10:00 a.m.

The reason for the continuance is that defense counsel needs additional time to prepare for trial, or in the alternative, the Defendant requires additional time to complete tasks necessary for the resolution of the case.

//

//

//

| | | |
|---|---|---|
| 1 | DATED: August 16, 2016 | Respectfully submitted, |
| 2 | | HEATHER WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /s/Linda Allison<br>LINDA ALLISON |
| 5 | | Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>CHRISTIAN WELVAERT |
| 6 | | |
| 7 | DATED: August 16, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 8 | | |
| 9 | | /s/Talha Kahn<br>TALHA KHAN |
| 10 | | Special Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-