1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-PO-00091-EFB |
|---|---|
| Plaintiff, | STIPULATION TO SET MATTER FOR STATUS HEARING AND [PROPOSED] ORDER |
| v. | DATE: October 18, 2016 |
| CHRISTIAN PAUL WELVAERT, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Edmund F. Brennan |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on October 18, 2016.

2. By this stipulation, the parties now jointly move to vacate the bench trial and set the matter for a status hearing on November 14, 2016, at 2:00 p.m.

///
///
///
///
///
///

STIPULATION RE: STATUS HEARING                1

IT IS SO STIPULATED.

Dated:  October 13, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney


                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney


Dated:  October 13, 2016                    /s/ LINDA ALLISON
                                            LINDA ALLISON
                                            Counsel for Defendant
                                            CHRISTIAN PAUL WELVAERT


                                            /s/ STEPHEN AVIS
                                            STEPHEN AVIS
                                            Counsel for Defendant
                                            CHRISTIAN PAUL WELVAERT


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of October, 2016.


                                            _____
                                            THE HONORABLE EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE