PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-PO-00091-EFB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND [~~PROPOSED~~] ORDER |
| v. | DATE: November 14, 2016 |
| CHRISTIAN PAUL WELVAERT, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on November 14, 2016.

2. By this stipulation, the parties now jointly move to continue the status hearing to January 17, 2017, at 2:00 p.m.

///

///

///

///

///

///

STIPULATION RE: STATUS HEARING     1

IT IS SO STIPULATED.

Dated:  November 10, 2016	PHILLIP A. TALBERT
	Acting United States Attorney


	/s/ JUSTIN L. LEE
	JUSTIN L. LEE
	Assistant United States Attorney


Dated:  November 10, 2016	/s/ LINDA ALLISON
	LINDA ALLISON
	Counsel for Defendant
	CHRISTIAN PAUL WELVAERT


	/s/ STEPHEN AVIS
	STEPHEN AVIS
	Counsel for Defendant
	CHRISTIAN PAUL WELVAERT


## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED this 14th day of November, 2016.

	THE HONORABLE EDMUND F. BRENNAN
	UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: STATUS HEARING